**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-2009**

———————

GARY KEVIN MATTIS,

                                        Plaintiff - Appellant,

        versus

UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL
BUREAU OF INVESTIGATION; KIMBERLY J. DELGRECO;
TONIA L. LEWIS,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the Northern
District of West Virginia, at Martinsburg.  W. Craig Broadwater,
District Judge.  (CA-03-10-3)

———————

Submitted:  November 18, 2004        Decided:  November 23, 2004

———————

Before LUTTIG and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Gary Kevin Mattis, Appellant Pro Se.  Daniel W. Dickinson, Jr.,
OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).
PER CURIAM:

Gary Kevin Mattis appeals the district court's orders dismissing his civil action for lack of jurisdiction and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Mattis v. United States Dep't of Justice</u>, No. CA-03-10-3 (N.D.W. Va. Oct. 9, 2003; Apr. 9, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>